JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Defendant Francisco J. Bojorquez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>FRANCISCO J. BOJORQUEZ,<br><br>                Defendant. | CASE NO:  2:24-cr-00040-GMN-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by Defendant FRANCISCO J. BOJORQUEZ, by and through his attorney, JAMES A. ORONOZ, ESQ., of Oronoz & Ericsson LLC, and the UNITED STATES OF AMERICA, by and through BRENNA BUSH, ESQ., Assistant United States Attorney, that the Sentencing Hearing currently scheduled for January 21, 2026, be vacated and continued for no less than ninety (90) days past the current setting to a date and time that is convenient to this Honorable Court. The request for a continuance is based upon the following:

1. The Sentencing Hearing in this matter is currently set for January 21, 2026, at 11:00 a.m.

2. The Defense requires additional time to adequately prepare for sentencing, taking into account the exercise of due diligence.

3. Mr. Bojorquez is not in custody and does not object to the requested extension.

4. Defense counsel has conferred with Assistant United States Attorney Brenna Bush, Esq., and the Government has no objection to the continuance.

5. The additional time requested herein is not sought for purposes of undue delay.

DATED: January 7, 2026

Respectfully submitted,

/s/ James A. Oronoz
James A. Oronoz, Esq.
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
*Attorney for Defendant*
*Francisco J. Bojorquez*

/s/ Brenna Bush
Brenna Bush, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
*Attorney for the United*
*States of America*

JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Defendant Francisco J. Bojorquez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>FRANCISCO J. BOJORQUEZ,<br><br>                    Defendant. | CASE NO:  2:24-cr-00040-GMN-MDC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 21, 2026, at the hour of 11:00 a.m. be vacated and continued to the 24th day of _____ April _____, 2026, at the hour of __10:00 a.m.__.

DATED this __8__ day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE