JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Defendant Francisco J. Bojorquez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO J. BOJORQUEZ,<br><br>Defendant. | CASE NO:  2:24-cr-00040-GMN-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by Defendant FRANCISCO J. BOJORQUEZ, by and through his attorney, JAMES A. ORONOZ, ESQ., of Oronoz & Ericsson LLC, and the UNITED STATES OF AMERICA, by and through BRENNA BUSH, ESQ., Assistant United States Attorney, that the Sentencing Hearing currently scheduled for April 24, 2026, be vacated and continued for no less than ninety (90) days past the current setting to a date and time that is convenient to this Honorable Court. The request for a continuance is based upon the following:

1.  The Sentencing Hearing in this matter is currently set for April 24, 2026, at 10:00 a.m.

1

2. The Defense requires additional time to adequately prepare for sentencing, taking into account the exercise of due diligence.

3. Mr. Bojorquez is not in custody and does not object to the requested extension.

4. Defense counsel has conferred with Assistant United States Attorney Brenna Bush, Esq., and the Government has no objection to the continuance.

5. The additional time requested herein is not sought for purposes of undue delay.

DATED: April 10, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ James A. Oronoz* | */s/ Brenna Bush* |
| James A. Oronoz, Esq. | Brenna Bush, Esq. |
| ORONOZ & ERICSSON, LLC | Assistant United States Attorney |
| 9900 Covington Cross Drive, Suite 290 | 501 Las Vegas Boulevard, Suite 1100 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| *Attorney for Defendant* | *Attorney for the United* |
| *Francisco J. Bojorquez* | *States of America* |

JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Defendant Francisco J. Bojorquez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO: 2:24-cr-00040-GMN-MDC |
| vs. | ) |
| | ) **ORDER** |
| FRANCISCO J. BOJORQUEZ, | ) |
| Defendant. | ) |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for April 24, 2026, at the hour of 10:00 a.m. be vacated and continued to the 29th day of _____July_____, 2026, at the hour of 10:00 a.m___.

DATED this __10__ day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE

3