JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Defendant Francisco J. Bojorquez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>FRANCISCO J. BOJORQUEZ,<br><br>Defendant. | CASE NO: 2:24-cr-00040-GMN-MDC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for July 29, 2026, at the hour of 10:00 a.m. be vacated and continued to the 31st day of August, 2026, at the hour of 10:00 a.m..

DATED this 28 day of July, 2026.

______________________________
UNITED STATES DISTRICT JUDGE