JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Defendant Francisco J. Bojorquez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO J. BOJORQUEZ,<br><br>Defendant. | CASE NO: 2:24-cr-00040-GMN-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED by Defendant FRANCISCO J. BOJORQUEZ, by and through his attorney, JAMES A. ORONOZ, ESQ., of Oronoz & Ericsson LLC, and the UNITED STATES OF AMERICA, by and through BRENNA BUSH, ESQ., Assistant United States Attorney, that the Sentencing Hearing currently scheduled for August 31, 2026, be vacated and continued to no sooner than September 14, 2026 to a date and time that is convenient to this Honorable Court. The request for a continuance is based upon the following:

1. The Sentencing Hearing in this matter is currently set for August 31, 2026, at 10:00 a.m.

2. Mr. Bojorquez's brother has Down Syndrome and is scheduled to undergo surgery next week. Mr. Bojorquez and his mother serve as the brother's primary caretakers. Because his mother neither drives nor speaks English, Mr. Bojorquez's assistance is essential to provide transportation to and from the procedure and to communicate with the medical providers on his brother's behalf. A two-week continuance of Mr. Bojorquez's sentencing hearing would permit him to facilitate and ensure his brother's ability to undergo this necessary surgery.

3. Mr. Bojorquez is not in custody and does not object to the requested extension.

4. Defense counsel has conferred with Assistant United States Attorney Brenna Bush, Esq., and the Government has no objection to the continuance.

5. The additional time requested herein is not sought for purposes of undue delay.

DATED: August 26, 2026

Respectfully submitted,

*/s/ James A. Oronoz*
James A. Oronoz, Esq.
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
*Attorney for Defendant*
*Francisco J. Bojorquez*

*/s/ Brenna Bush*
Brenna Bush, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
*Attorney for the United*
*States of America*

JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Defendant Francisco J. Bojorquez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FRANCISCO J. BOJORQUEZ,

Defendant.

CASE NO: 2:24-cr-00040-GMN-MDC

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for August 31, 2026, at the hour of 10:00 a.m. be vacated and continued to the 23rd day of September, 2026, at the hour of 9:30 a.m..

DATED this 27 day of August, 2026.

UNITED STATES DISTRICT JUDGE